1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                                 DISTRICT OF NEVADA
8                                      * * * * *
9    GEORGE ARTHER,                        )
                                           )
10               Plaintiff,                )       3:12-cv-00233-LRH-VPC
                                           )
11   v.                                    )
                                           )       O R D E R
12   FIKES, *et al.*,                      )
                                           )
13               Defendants.               )
                                           )

15       Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#24[1]) entered on August 20, 2012, recommending denying Plaintiff's Motion for a Temporary Restraining Order and for Preliminary Injunction (#12, #13), filed on June 27, 2012. Plaintiff filed his Motion for "Objections to Magistrate Judge's Report and Recommendation" (#27) on September 6, 2012. Defendants did not file a response. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

       The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

Judge's Report and Recommendation (#24) entered on August 20, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#24) entered on August 20, 2012, is adopted and accepted, and Plaintiff's Motion for a Temporary Restraining Order and for Preliminary Injunction (#12, #13), are DENIED.

IT IS SO ORDERED.

DATED this 28th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE